United States District Court
Southern District of Texas
**ENTERED**
September 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **NORMA I. YBARRA**, *et al.*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> **TEXAS MIGRANT COUNCIL d/b/a TMC** § <br> **TEACHING AND MENTORING** § <br> **COMMUNITIES,** § <br> § <br> Defendant. § | **CIVIL ACTION NO. 5:15-CV-136** |

## ORDER

Pending is the Report and Recommendation of the Magistrate Judge concerning Defendant's motion to compel arbitration. (Dkt. 21.) The Magistrate Judge recommends that the motion (Dkt. 9) be granted to the extent that Defendant seeks to compel arbitration with Plaintiffs and dismiss the instant litigation. The parties have been duly noticed as to the filing of objections, and the applicable 14-day timeframe for the filing objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation (Dkt. 21) should be and is hereby ACCEPTED. As such, Defendant's motion to compel arbitration (Dkt. 9) is GRANTED, and this case is accordingly DISMISSED.

The Clerk of Court is DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this 23rd day of September, 2016.

_____
Diana Saldaña
United States District Judge